No. 11–431. RUBIN ET AL. *v.* ISLAMIC REPUBLIC OF IRAN ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE SCALIA and JUSTICE KAGAN took no part in the consideration or decision of this petition. ▮

No. 11–604. EM LTD. ET AL. *v.* REPUBLIC OF ARGENTINA ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. ▮

No. 11–762. SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* SOUTHERN UTE INDIAN TRIBE. C. A. 10th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. ▮